FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ FEB 05 2019 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

EVERSON FRANCIS,

                Plaintiff,

  -against-

MAJOR WORLD; SANTANDER CONSUMER USA;
SANTANDER BANK; NIELSEN CHRYSLER DODGE;
ATTORNEY ERIC KELTZ; UNKNOWN SALESMAN,

                Defendants.
------------------------------------------------------------------x

**MEMORANDUM AND ORDER**
19-CV-0189 (BMC) (RER)

RAMON E. REYES, JR., United States Magistrate Judge

      Plaintiff's request to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 is granted. The United States Marshals Service is hereby directed to serve the summons and the complaint, upon defendants without prepayment of fees.

      SO ORDERED.

                                  /s/ *Ramon E. Reyes, Jr*
                                  RAMON E. REYES, JR.
                                  United States Magistrate Judge

Dated: Brooklyn, New York
       February 5, 2019